**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2023
```

MATTHEW LINGLEY and SANDY PAPADOPOULOS, on behalf of themselves and all others similarly situated,

                Plaintiffs,

        - against -

SEEKING ALPHA, INC.,

                Defendant.

**23 Civ. 5849 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On September 28, 2023, counsel for defendant Seeking Alpha, Inc. ("Defendant") submitted a response to the Court's Order dated September 1, 2023, (see Dkt. No. 25), notifying the Court that Defendant consented to the Court deeming the parties' pre-motion letters as a fully briefed motion and ruling on the basis of the letters. (See Dkt. No. 26.) Defendant also notified the Court that plaintiffs Matthew Lingley and Sandy Papadopoulos, on behalf of themselves and all others similarly situated ("Plaintiffs"), did not consent to the Court deeming the parties' pre-motion letters as a fully briefed motion and requested full briefing on Defendant's motion.

    The Court grants Plaintiffs' request for full briefing and hereby adopts the briefing schedule on Defendant's motion to dismiss, as proposed by the parties. (See Dkt. No. 26.).

**SO ORDERED.**

Dated:    3 October 2023
          New York, New York

_____
Victor Marrero
U.S.D.J.