**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/26

MATTHEW LINGLEY and SANDY PAPADOPOULOS, on behalf of themselves and all others similarly situated,

Plaintiffs,

- against -

SEEKING ALPHA, INC.,

Defendant.

**23 Civ. 5849 (VM)**

**DECISION AND ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiffs Matthew Lingley and Sandy Papadopoulos ("Plaintiffs") brought a putative class action complaint against defendant Seeking Alpha, Inc. ("Seeking Alpha"). (See Dkt. No. 6 ("Complaint").) Seeking Alpha filed a motion to dismiss the complaint (See Dkt. No. 29.)

This Court issued a Decision and Order on August 15, 2024 (see Dkt. No. 37 (the "Decision and Order")) in which the Court granted Seeking Alpha's motion to dismiss. Plaintiffs appealed the Decision and Order to the United States Court of Appeals for the Second Circuit. (See Dkt. No. 38.)

The Second Circuit issued a decision affirming the judgment of this Court dismissing the Complaint on different grounds on August 15, 2026. See Lingley v. Seeking Alpha Inc., No. 24-2437 (2d Cir. Aug. 15, 2026) (Dkt. No. 46.1). The

Second Circuit issued its mandate on August 27, 2026. (See Dkt. No. 39.)

In accordance with the Second Circuit's decision affirming this Court's judgment on different grounds, it is hereby

**ORDERED** that judgment will be entered in favor of Defendant Seeking Alpha Inc. ("Seeking Alpha") and against Plaintiffs Matthew Lingley and Sandy Papadopoulos ("Plaintiffs");

**ORDERED** that the Clerk of Court is respectfully directed to terminate the pending motion in this matter at Docket No. 29; and it is further

**ORDERED** that the Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: 8 September 2026
New York, New York

Victor Marrero
U.S.D.J.